**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DONALD STEVENSON, ID # 1825829,** ) | |
| Petitioner, ) | |
| vs. ) | Civil Action No. 3:15-CV-3888-D |
| ) | |
| **BRAD LIVINGSTON,** ) | |
| Respondent. ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Although petitioner has notified the clerk of court by December 29, 2015 notice that he has paid the filing fee, he still has not submitted a § 2254 habeas petition on the appropriate form. The court therefore adopts the magistrate judge's recommendation. Unless, no later than January 29, 2016, petitioner submits a § 2254 habeas petition on the appropriate form, this action will be dismissed for want of jurisdiction.

Petitioner's December 7, 2015 motion for extension of time to file petition for 28 U.S.C. § 2254 relief is denied.

**SO ORDERED**.

December 30, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE