# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DONALD STEVENSON, ID # 1825829,    )  <br>        Petitioner,    ) <br>vs.    ) <br>    ) <br>BRYAN COLLIER, Director,    ) <br>Texas Department of Criminal    ) <br>Justice, Correctional Institutions Division,    ) <br>        Respondent.    ) | No. 3:15-CV-3888-D |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is ordered and adjudged that:

1. The successive petition for writ of habeas corpus under 28 U.S.C. § 2254 is hereby transferred to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

2. The clerk shall transmit a true copy of this judgment and the order adopting the findings and recommendation of the United States Magistrate Judge to all parties.

**SIGNED** August 28, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE